IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                CRIMINAL NO. 15-cr-30005-DRH-6

EYOB TILAHUN, et al.,

        Defendant.

## ORDER GRANTING APPLICATION FOR
## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The above-entitled cause having come before the Court upon the application of the United States Attorney for an order directing the issuance of a Writ of Habeas Corpus ad Testificandum for the production of William A. Moore, BOP Register Number 11080-025, in the United States District Court at East St. Louis, Illinois, on the 23rd day of May, 2016, at the hour of 8:30 a.m.

**IT IS SO ORDERED.**

Signed this 18th day of April, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.04.18 09:45:18 -05'00'

**United States District Court**